UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JUDGMENT IN A CIVIL CASE

SHAWRON LOUNDS
    Plaintiff,

v                CIVIL NO.: 13-1091-RDR

LINCARE, INC.,
    Defendant.

( ) JURY VERDICT.  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict.

( ) DECISION BY THE COURT.  This action came before the Court. The issues have been considered and a decision has been rendered;

IT IS ORDERED AND ADJUDGED PURSUANT TO THE MEMORANDUM AND ORDER SIGNED AND ENTERED ON July 9, 2014 that plaintiff, Shawron Lounds, take nothing of defendant, Lincare, INC., and this action is dismissed.

Dated: July 9, 2014    TIMOTHY M. O'BRIEN, CLERK

           s/Mary E. Hill
           Deputy Clerk