### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAWRON LOUNDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-CV-1091 |
| ) | |
| LINCARE, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Plaintiff Shawron Lounds hereby gives notice of her appeal to the United States Court of Appeals for the Tenth Circuit of this Court's Order (ECF No. 62) and Judgment (ECF No. 63) granting the Defendant's Motion for Summary Judgment, which were entered in this action on July 9, 2014.

HOLMAN SCHIAVONE, LLC

By: /s/Anne Schiavone
Anne Schiavone,   KS Bar# 19669
Sophie Woodworth, KS Bar# 21754
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile: 816.283.8739
Email: aschiavone@hslawllc.com
Email: swoodworth@hslawllc.com

ATTORNEYS FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephanie N. Scheck
Jesse Tanksley
STINSON MORRISON HECKER LLP
1625 N. Waterfront Pkwy., Ste. 300
Wichita, Kansas 67206
Email: sscheck@stinson.com
Email: jtanksley@stinson.com

ATTORNEYS FOR DEFENDANT

                                                                                        /s/Anne Schiavone
                                                                                       ATTORNEY FOR PLAINTIFF