# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| SHAWRON LOUNDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-1091-EFM |
| | ) |
| LINCARE INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shawron Lounds and Defendant Lincare Inc. stipulate to the dismissal of all claims in this action with prejudice, with each of the parties to bear her or its own costs.

Dated: July 21, 2016                Respectfully submitted,

By */s/ Anne W. Schiavone*
Anne Schiavone (KS No. 19669)
Sophie Woodworth (KS No. 21754)
Shauna L. Alexander (KS No. 22495)
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
816-283-8738 (Tel); 816-283-8739 (Fax)
aschiavone@hslawllc.com
swoodworth@hslawllc.com
salexander@hslawllc.com
*Attorneys for Plaintiff Shawron Lounds*

By */s/ Stephanie N. Scheck*
Stephanie N. Scheck (KS No. 17641)
Patrick A. Edwards (KS No. 24553)
STINSON LEONARD STREET LLP
1625 North Waterfront Pkwy, Suite 300
Wichita, Kansas 67206
316-265-8800 (Tel); 316-265-1349 (Fax)
stephanie.scheck@stinson.com
patrick.edwards@stinson.com
*Attorneys for Defendant Lincare Inc.*